41 A.3d 1281

Howard GIBSON, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Respondent.

No. 165 EM 2011.

Supreme Court of Pennsylvania.

April 16, 2012.

## ORDER

PER CURIAM.

AND NOW, this 16th day of April, 2012, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are DENIED.